B139

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-499 |
| v. | (18 U.S.C. § 1709) |
| CHERYL EDGELL | |

FILED
DEC 14 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about April 14, 2021, in the Western District of Pennsylvania, the defendant, CHERYL EDGELL, being an employee of the United States Postal Service, did steal, abstract, and remove from a letter and mail, which had been entrusted to her and had come into her possession intended to be conveyed by mail, an article or thing contained therein, that is United States currency contained in an envelope addressed to an individual in Imperial, Pennsylvania.

In violation of Title 18, United States Code, Section 1709.

A True Bill,

_____
Foreperson

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

1